**Opinion issued November 16, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00797-CV**

———————————

**IN RE BLAS CORTEZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On October 25, 2023, relator Blas Cortez filed a petition for writ of mandamus challenging (1) the associate judge's August 26, 2022 order granting real party in interest's motion for new trial and (2) the presiding judge's September 16, 2022 order denying relator's motion for reconsideration of the new trial order.[1] We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *Oscar Trevino v. Blas Cortez*, cause number 18-DV-254103, pending in the 268th District Court of Fort Bend County, Texas, the Honorable O'Neil Williams presiding.